**July 14, 2008**

| 28474 | Gonzales v. City and County of Honolulu | Affirmed |
| 28923 | State v. Calvert | Affirmed |
| 27662 | State v. Kini | Affirmed |

**July 15, 2008**

| 28738 | State v. Coronel | Affirmed |

**July 17, 2008**

| 28355 | State v. Lucero | Affirmed |

**July 18, 2008**

| 27063 | Association of Beachhouse Owners of Kiahuna Plantation ex rel. Bd. of Directors v. Hamlish | Affirmed |
| 28453 | State v. Elliston | Affirmed |

**July 22, 2008**

| 28679 | State v. Hanato | Remanded |